IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER HAGGINS,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:10-cv-00931 OWW JLT (PC)<br><br>ORDER GRANTING MOTION FOR THE RETURN OF PLAINTIFF'S EXHIBITS<br><br>(Doc. 11) |

On April 6, 2011, Plaintiff filed a motion requesting the Court return the exhibits attached to his complaint. Plaintiff explains that he inadvertently filed the original copies of the exhibits when he submitted his complaint.

Accordingly, it is **HEREBY ORDERED** that:

1. Plaintiff's April 6, 2011 motion for the return of his attached exhibits (Doc. 11) is **GRANTED**; and

2. The Clerk of the Court is directed to return to Plaintiff the exhibits attached to Plaintiff's May 25, 2010 complaint (pgs. 6-75).

IT IS SO ORDERED.

Dated:  **April 8, 2011**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE