IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE, | Case No. 1:10-cv-00931 OWW JLT (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER |
| vs. | (Doc. 19) |
| CHRISTOPHER HAGGINS, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2011, Plaintiff filed a document entitled "Plaintiff's Reply to Defendant's Answer and Opposition for a Summary Judgment." Plaintiff is advised that a response to Defendant's answer is unnecessary. Plaintiff is also advised that Defendant has yet to file a motion for summary judgment. The Court, therefore, will disregard Plaintiff's June 15, 2011 filing.

IT IS SO ORDERED.

Dated:  **June 16, 2011**                           /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE