IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER HAGGINS,<br><br>　　　　Defendant.<br>_____ | Case No. 1:10-cv-00931 LJO JLT (PC)<br><br>ORDER DENYING REQUEST FOR A SETTLEMENT CONFERENCE<br><br>(Doc. 24) |

　　　　On December 12, 2011, Plaintiff Robert Baltimore, a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a "demand for settlement." (Doc. 24.)

　　　　On December 19, 2011, Defendant responded and indicated that he would participate in a settlement conference if the Court so ordered but did not believe that a settlement conference would be fruitful at this time. (Doc. 26 at 2) Instead, Defendant recommended that any settlement conference occur after his motion for summary judgment, that he intends to file in the future, is decided. Id.

　　　　Because it does not appear that the matter is in a settlement posture, the Court **DENIES** Plaintiff's request for a settlement conference at this time.

IT IS SO ORDERED.

Dated:　**December 20, 2011**　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1