IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>                      Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAGGINS,<br><br>                      Defendant. | Case No. 1:10-cv-00931-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**<br><br>(Doc. 34) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. In this matter, Plaintiff alleges a cause of action based on his claim that on October 22, 2009, he was subjected to excessive force in violation of the Eighth Amendment by Defendant. Defendant filed a motion for summary judgment on April 19, 2012. (Doc. 30). Plaintiff filed an Opposition on May 9, 2012 (Doc. 32) and Defendant has replied (Doc. 33). The matter was referred to United States Magistrate Judge Jennifer L. Thurston pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rules 302 and 303.

      On October 23, 2012, Magistrate Judge Thurston issued Findings and Recommendations denying Defendant's motion for summary judgment. (Doc. 34). Defendant filed objections to the Findings and Recommendations on November 6, 2012. (Doc. 35). In his objections, Defendant Haggins reiterates his position that the use of his baton to subdue Plaintiff was appropriate under

1

the circumstances and argues that the Magistrate Judge's Findings and Recommendations do not afford the proper deference due a correctional officer.

In regard to Plaintiff's Eighth Amendment excessive force claim against Defendant Haggins, the Findings and Recommendations cited evidence presented by Plaintiff which raised genuine issues of material fact. (Doc. 34 at 3-4). Based upon the evidence presented and the two completely different versions of events described by the parties, the Magistrate Judge properly recommended that Defendant Haggins' motion for summary judgment be denied. Given Plaintiff's handcuffed and undressed state, the Court cannot conclude as Defendant does that supporting testimony of two fellow officers that is at odds with Plaintiff's version of events entitles Defendant to judgment as a matter of law. For the same reason, nor can the Court agree with Defendant's contention that the Magistrate Judge's Findings did not afford Defendant the proper deference.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), the Court has conducted a de novo review of the case. Having carefully, reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 23, 2012 are **ADOPTED IN FULL**; and
2. The Motion for Summary Judgment filed by Defendant Haggins is **DENIED**.

IT IS SO ORDERED.

Dated:   **November 16, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2