IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER HAGGINS<br><br>          Defendant. | Case No. 1:10-cv-00931 LJO JLT (PC)<br><br>**ORDER GRANTING REQUEST TO ALLOW THE REPRESENTATIVE FROM THE CDCR TO APPEAR BY TELEPHONE AT THE SETTLEMENT CONFERENCE**<br><br>**(Doc. 63)** |

Before the Court is the request of the CDCR to allow its representative to appear via telephone at the settlement conference that will occur on March 15, 2013. (Doc. 63) The CDCR notes that allowing its representative to appear by telephone would save costs and will not impact its valuation of the case or its participation in the settlement efforts.

Therefore, good cause appearing, the Court **ORDERS**:

1. The representative of the CDCR may appear at the settlement conference on March 15, 2013 provided that;
    a. Counsel for Defendant makes arrangements with CSP-Corcoran officials to have access to a telephone during the settlement conference. (The Court is aware that cell phone service is not always available in the locations in the prison where the settlement conferences occur and cell phones are not always allowed to be brought into the area where the settlement conference occurs);

      b. Counsel for Defendant has fully briefed the CDCR representative in advance of the conference and counsel has been given sufficient authority to settle the case;

      **c.** The CDCR representative remains available by telephone until notified, via counsel, that the conference is concluded.

IT IS SO ORDERED.

Dated:   **March 12, 2013**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE