IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAGGINS<br><br>    Defendant. | Case No. 1:10-cv-00931 LJO JLT (PC)<br><br>**ORDER AMENDING PRETRIAL ORDER** |

Due to the unavailability of the Court, on January 29, 2013, the Court issued an order continuing the trial date to October 16, 2013. (Doc. 54) In that order, the Court noted, "An Amended Pretrial Order will be issued after the settlement conference currently set in this case."[1] Id. On March 15, 2013, the Court conducted the settlement conference but the matter did not settle.

**ORDER**

The Court now amends the scheduling order as follows:

1. Motions in limine **SHALL** be filed no later than July 26, 2013 and any opposition **SHALL** be filed no later than **August 16, 2013**;

2. Any exhibits Defendant intends to use at trial that have not yet been produced,

---

[1] Inexplicably, despite this order, Defendant filed trial documents in conformity with the original pretrial order.

1

1  **SHALL** be produced to the opposing party no later than **May 3, 2013**;

2  3. The original and four copies of all trial exhibits, along with exhibit lists, **SHALL** be submitted to the Courtroom Deputy no later than **October 4, 2013**;

4  4. The parties **SHALL** file jury voir dire questions and a statement of the case, no later than **September 27, 2013**;

6  5. Defendants **SHALL** file proposed jury instructions and a proposed verdict form no later than **September 6, 2013**. If Plaintiff also wishes to file proposed jury instructions or a proposed verdict form or object to those proposed by Defendants, he must do so on or before **September 27, 2013.**

**<u>Strict compliance with the pretrial order and its requirements is mandatory. All parties and their counsel are subject to sanctions, including dismissal or entry of default, for failure to fully comply with this order and its requirements.</u>**

IT IS SO ORDERED.

Dated:   **March 20, 2013**                          **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE