IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER HAGGINS<br><br>　　　　Defendant. | Case No. 1:10-cv-00931 LJO JLT (PC)<br><br>**ORDER GRANTING MOTION TO APPOINT COUNSEL**<br><br>(Doc. 69) |

　　　　Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Before the Court is Plaintiff's renewed motion for appointment of counsel. (Doc. 69)

　　　　On December 3, 2012, plaintiff filed a motion to appoint counsel. (Doc. 39) On December 6, 2012, the court denied the motion without prejudice. (Doc. 41) On March 27, 2013, plaintiff filed another motion for appointment of counsel. (Doc. 69). At that time, the Court could not make a determination whether Plaintiff was likely to succeed on the merits. However, given the posture of the case at this time, it now appears Plaintiff has presented colorable claims which, if proven, may provide a successful result.

　　　　Therefore, the Court finds that appointment of counsel for plaintiff is warranted at this time. Veronica L. Harris and Christoper A. Nedeau have been selected from the court's pro bono attorney panel to represent plaintiff, and they have accepted the appointment.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is granted; and

2. Veronica L. Harris and Christoper A. Nedeau are appointed as counsel in the above entitled matter.

IT IS SO ORDERED.

Dated:   **April 10, 2013**                             **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE