IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAGGINS<br><br>    Defendant. | Case No. 1:10-cv-00931 LJO JLT (PC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES RE MOTIONS IN LIMINE**<br><br>(Doc. 76) |

Before the Court is the stipulation of the parties to modify the dates by which the motions in limine and the opposition thereto will be filed. (Doc. 76) The stipulation is based upon appointed counsels' need complete review of the matter, to meet with the Plaintiff and to draft the motions. Id. In accordance with the parties' stipulation, the Court **ORDERS:**

   1.   The stipulation to Extend the Deadlines re Motions in Limine (Doc. 76) is **GRANTED**. The deadline for filing motions in limine shall be extended to August 9, 2013; The deadline for filing oppositions to motions in limine shall be extended to August 27, 2013.

   2.   **No later than August 9, 2013**, Plaintiff **SHALL** notify Defendants whether he withdraws the motions in limine he filed on February 6, 2013 (Doc. 56) and July 17, 2013 (Doc. 72) and whether he withdraws his motion for the attendance of incarcerated witness Robert Owens (Doc. 42) and the motion to call R. Marshall to testify at trial (Doc. 43), which were filed

on December 26, 2013.

3. **No later than August 9, 2013**, Defendants **SHALL** notify Plaintiff whether they withdraw the motions in limine filed on March 8, 2013 (Docs. 57, 58).

IT IS SO ORDERED.

Dated:   **July 26, 2013**                    /s/ **Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE