IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALTIMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER HAGGINS,<br><br>　　　　Defendants. | Case No. 1:10-cv-00931 – LJO - JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO REPORT OF PLAINTIFF'S LOCATION AND WHETHER THEY WILL ARRANGE FOR HIS ATTENDANCE AT TRIAL |

　　In reviewing the motions in limine and oppositions thereto (*See* Doc 92), it appears to the Court, Plaintiff may no longer be in state custody. Indeed, review of the CDCR Inmate Locator does not indicate that Robert Baltimore with CDCR # E83571 is in state custody. This is the same result for review of the BOP's Inmate Locator.

　　Based upon the foregoing, no later than **September 5, 2013**, Plaintiff's counsel SHALL file a statement indicating whether Plaintiff is incarcerated and, if so, whether counsel needs the assistance of the Court to have him transported to trial. If so, counsel SHALL identify Plaintiff's custodian, his place of incarceration and his institution number.

IT IS SO ORDERED.

　Dated:　**August 29, 2013**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1