1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERT BALTIMORE,<br><br>       Plaintiff,<br><br>    v.<br><br>CHRISTOPHER HAGGINS,<br><br>       Defendant. | ) Case No.: 1:10-cv-00931 – JLT (PC)<br>)<br>) ORDER DIRECTING THE UNITED STATES<br>) MARSHALS TO MAINTAIN INMATE ROBERT<br>) BALTIMORE WITHIN THE STATE OF<br>) CALIFORNIA UNTIL FURTHER ORDER OF THE<br>) COURT<br>)<br>) ORDER DIRECTING THE UNITED STATES<br>) MARSHALS TO TRANSPORT PLAINTIFF TO<br>) TRIAL<br>) |
|---|---|

   Inmate Robert Eugene Baltimore, Federal Register Number 01410-748, is currently within the custody of the United States Marshals. The Court has been informed that Inmate Baltimore is currently housed at the California City Correctional Center pending transfer out-of-state.

   Inmate Baltimore is the plaintiff in <u>Baltimore v. Haggins</u>, Case Number 1:10-cv-00931-LJO-JLT now pending in the U.S. District Court for the Eastern District of California. Inmate Baltimore's appearance at trial is **REQUIRED** by the Court to be held on <u>**Wednesday, October 16, 2013, at 8:30 a.m. before District Judge Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare Street, Fresno, California.**</u>

1

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. The U.S. Marshals Service **SHALL NOT TRANSPORT** Inmate Baltimore from the State of California until **after** the conclusion of the trial in Case Number 1:10-cv-00931-LJO-JLT or until further order of the Court;

2. The U.S. Marshals Service **SHALL TRANSPORT** Inmate Baltimore to appear at the trial in this matter to be held on <u>**Wednesday, October 16, 2013, before District Judge Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare Street, Fresno, California, which will begin at 8:30 a.m**</u>; and

3. The U.S. Marshals **SHALL NOTIFY** the Court of any change in custody of Inmate Baltimore that will or does occur before the completion of trial in this matter.

IT IS SO ORDERED.

Dated:   **September 18, 2013**         /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE