1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10   ROBERT BALTIMORE,                     ) Case No.: 1:10-cv-00931 – JLT (PC)
                                           )
11                   Plaintiff,            ) ORDER DIRECTING THE UNITED STATES
                                           ) MARSHALS TO MAINTAIN INMATE ROBERT
12            v.                           ) BALTIMORE WITHIN THE STATE OF
                                           ) CALIFORNIA UNTIL FURTHER ORDER OF THE
13   CHRISTOPHER HAGGINS,                  ) COURT
                                           )
14                   Defendant.            ) ORDER DIRECTING THE UNITED STATES
                                           ) MARSHALS TO TRANSPORT PLAINTIFF TO
15                                         ) TRIAL
                                           )
16                                         )
                                           )
17   _____)

18          Inmate Robert Eugene Baltimore, Federal Register Number 01410-748, is currently within the

19   custody of the United States Marshals. The Court has been informed that Inmate Baltimore is

20   currently housed at the California City Correctional Center pending transfer out-of-state.

21          Inmate Baltimore is the plaintiff in <u>Baltimore v. Haggins</u>, Case Number 1:10-cv-00931-LJO-

22   JLT now pending in the U.S. District Court for the Eastern District of California. Inmate Baltimore's

23   appearance at trial is **REQUIRED** by the Court to be held on **<u>Wednesday, October 16, 2013, at 8:30</u>**

24   **<u>a.m. before District Judge Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare</u>**

25   **<u>Street, Fresno, California.</u>**

26

27                                         1

28

1

## ORDER

2    Accordingly, it is HEREBY ORDERED that:

3    1.  The U.S. Marshals Service **SHALL NOT TRANSPORT** Inmate Baltimore from the State

4        of California until **after** the conclusion of the trial in Case Number 1:10-cv-00931-LJO-

5        JLT or until further order of the Court;

6    2.  The U.S. Marshals Service **SHALL TRANSPORT** Inmate Baltimore to appear at the trial

7        in this matter to be held on **Wednesday, October 16, 2013, before District Judge**

8        **Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare Street, Fresno,**

9        **California, which will begin at 8:30 a.m**; and

10   3.  The U.S. Marshals **SHALL NOTIFY** the Court of any change in custody of Inmate Baltimore

11       that will or does occur before the completion of trial in this matter.

12

13   IT IS SO ORDERED.

14       Dated:   __September 18, 2013__          _____/s/ Jennifer L. Thurston

15                                               UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27                                              2

28