1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BALTIMORE,                    Case No.  1:10-cv-00931-LJO-JLT

12                 Plaintiff,             **ORDER PERMITTING EQUIPMENT AT TRIAL**

13   v.

14   CHRISTOPHER HAGGINS,
     CORRECTIONAL OFFICER,
15                                        Trial Date:      October 16, 2013
                      Defendant.          Time:            8:30 a.m.
16                                        Courtroom:       4
                                          District
17                                        Judge:           Hon. Lawrence J. O'Neill

18

19

20          IT IS HEREBY ORDERED that Defendant C. Haggins, by and through his

21   attorneys of record, Susan E. Coleman of BURKE, WILLIAMS & SORENSEN,

22   LLP, is authorized to bring into the courtroom a laptop, to be set up in the above

23   courtroom on October 16, 2013, between 8:00 a.m. and 8:30 a.m., and to maintain

24   the equipment in the courtroom during the course of trial from day to day until

25   completed.

26   IT IS SO ORDERED.

27

28        Dated:   __October 6, 2013__          __/s/ Lawrence J. O'Neill__

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2258-7414 v1

- 2 -

1:10-CV-00931-LJO-JLT
PROPOSED ORDER RE EQUIPMENT