UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT BALTIMORE, | Case No.  1:10-cv-00931-LJO-JLT |
|---|---|
| Plaintiff, | **ORDER PERMITTING EQUIPMENT AT TRIAL** |
| v. | |
| CHRISTOPHER HAGGINS, CORRECTIONAL OFFICER, | Trial Date:   October 16, 2013 |
| | Time:         8:30 a.m. |
| Defendant. | Courtroom:  4 |
| | District Judge:   Hon. Lawrence J. O'Neill |

IT IS HEREBY ORDERED that Defendant C. Haggins, by and through his attorneys of record, Susan E. Coleman of BURKE, WILLIAMS & SORENSEN, LLP, is authorized to bring into the courtroom a laptop, to be set up in the above courtroom on October 16, 2013, between 8:00 a.m. and 8:30 a.m., and to maintain the equipment in the courtroom during the course of trial from day to day until completed.

IT IS SO ORDERED.

Dated:   **October 6, 2013**           /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE