IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT BALTIMORE<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER HAGGINS,<br>CORRECTIONAL OFFICER<br><br>　　　　Defendant. | Case No:　　1:10-CV-00931-LJO-JLT<br><br>**ORDER PERMITTING EQUIPMENT AT TRIAL**<br><br>Trial Date:　October 16, 2013<br>Time:　　　　8:30 a.m<br>Dept.:　　　 Courtroom 4 |
|---|---|

IT IS HEREBY ORDERED that Plaintiff Robert Baltimore, by and through his attorneys of record, Christopher Nedeau and Veronica Harris of NOSSAMAN, LLP, are authorized to bring into the courtroom a laptop, to be set up in the above courtroom on October 16, 2013, between 8:00 a.m. and 8:30 a.m., and to maintain the equipment in the courtroom during the course of trial from day to day until completed.

IT IS SO ORDERED.

Dated:　**October 15, 2013**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE