Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BALTIMORE

        Plaintiff(s)

  vs.

CHRISTOPHER HAGGINS

        Defendants.

No. 1:10-cv-00931 LJO JLT

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Christopher A. Nedeau, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 10, 2013, by the Honorable Jennifer L. Thurston, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. Order December 13, 2011 Deposition Transcript of Robert Baltimore
2. Subpoena of Witnesses Robert Marshall, Dr. Kang Lee, James Settles R.N. and Kim Holland.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 4,582.03.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:10-cv-00931 LJO JLT

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $542.42 | In-house and Outside photocopying - Discovery and Trial Preparation | $ 639.62 |
| $703.69 | Mileage to meet with Plaintiff for Trial Prep. and for Trial | $ 703.69 |
| $17.06 | Fedex/Postage-Obtain Plaintiff's legal file/Service Trial Subpoenas | $ 57.41 |
| $612 | Process Service of Trial Subpoenas | $1,317.00 |
| $1,389.12 | Trial Travel Expenses - Lodging and Meals | $1,389.12 |
| $0 | Other-Plaintiff's Depo. Transcript/Civilian Clothes-Incarcerated Witness | $ 475.19 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of November, 20 13, at San Francisco, California.

Christopher A. Nedeau

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved  ____ Denied
(as modified)
Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ____, on _____, at _____, ___.M. in Courtroom Number____.

Dated: Nov. 22, 2013

Jennifer Thurston
United States District Judge/Magistrate